**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Jeffrey A. MARTINOVICH,**
**Defendant-Appellant.**

**United States of America,**
**Plaintiff-Appellee,**

v.

**Jeffrey A. Martinovich, Defendant-**
**Appellant.**

No. 17-6651, No. 17-6652

United States Court of Appeals,
Fourth Circuit.

Submitted: October 30, 2017

Decided: November 7, 2017

Jeffrey A. Martinovich, Appellant Pro Se. V. Kathleen Dougherty, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia; Kevin Patrick Hudson, Brian James Samuels, Assistant United States Attorneys, Newport News, Virginia, for Appellee.

Before DUNCAN, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey A. Martinovich appeals the district court's orders correcting his restitution orders. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Martinovich,* Nos. 4:12-cr-00101-AWA-RJK-1; 4:15-cr-00050-AWA-LRL-1 (E.D. Va. Feb. 14, 2017; Apr. 6, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*